**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                                    Case No.:
William Kwok Wai Wong
1303 Caroline Street
Alameda, CA 94602
xxx-xx-4921


_____Debtor(s)_____/


## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of 2 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

02/28/2013

                                                _____/s/ Lien L. Uy

                                                Signature of Debtor's Attorney or Pro Per Debtor