Bank Of America
PO Box 15019
Wilmington, DE 19886-5019



Chase
PO Box 94014
Palatine, IL 60094-4014



EBMUD
Oakland Administrative Offices
375 11th Street
Oakland, CA 94607



Ning Liu
2868 38th Avenue, #8
Oakland, CA 94619



Shaw Industries, Inc.
PO Drawer 2128
616 E. Walnut Avenue
Dalton, CA 30722-2128



US Bank
PO Box 790408
ST. Louis, MO 63197-0408



Vernon View Condominiums Association
330 Vernon Street
Oakland, CA 94610

Yang Cao
PO Box 554
Oakland, CA 94604